UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:23–mj–207

v.                                    Hon. Sally J. Berens

BARRY STADLER,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing<br>Preliminary Hearing<br>Identity Hearing |
| Date/Time: | May 12, 2023   11:00 AM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                      SALLY J. BERENS
                                                      U.S. Magistrate Judge

Dated:  May 10, 2023         By:    /s/ Jenny Norton
                                                 Courtroom Deputy